# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**CASE NO.:** 20-cv-61940-Valle

WAYNE FLETCHER,

       Plaintiff,

v.

CRAFTMADE PEMBROKE, LLC,
MATHEW BAUM,

       Defendants.

_____/

## UNOPPOSED[1] MOTION FOR ENLARGEMENT OF TIME

Plaintiff, WAYNE FLETCHER, respectfully requests that the Court grant an enlargement of time through May 27, 2021 to submit the parties' settlement agreement to the Court for approval and in support Plaintiff states that the parties have made progress towards finalizing their written settlement agreement but respectfully need more time.

WHEREFORE, Plaintiff respectfully requests that the Court grant an enlargement of time through May 27, 2021 to submit the parties' settlement agreement to the Court for approval.

    Respectfully submitted,

    Koz Law, P.A.
    320 S.E. 9th Street
    Fort Lauderdale, Florida 33316
    Phone: (786) 924-9929
    Fax:    (786) 358-6071
    Email: ekoz@kozlawfirm.com

    */s/ Elliot A. Kozolchyk*

    Elliot Kozolchyk, Esq.
    Bar No.: 74791

---

[1] Plaintiff's counsel certifies that he conferred with Defendants' counsel regarding the relief sought herein and this motion is unopposed.