UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-cv-61940-Valle

[Consent Case]

WAYNE FLETCHER,

        Plaintiff,

v.

CRAFTMADE PEMBROKE, LLC,
MATHEW BAUM,

        Defendants.
_____/

**MOTION FOR APPROVAL OF PARTIES' SETTLEMENT AGREEMENT
AND DISMISSAL WITH PREJUDICE**

Plaintiff, WAYNE FLETCHER, by and through their respective undersigned counsel, file this motion seeking the Court's approval of the parties' settlement agreement under *Lynn's Food Stores, Inc. v. U.S. Department of Labor*, 679 F.2d at 1350 (11th Cir. 1982), and dismissal of Plaintiff's claims with prejudice conditioned[1] upon the Court's retention of jurisdiction to enforce the parties' settlement agreement filed contemporaneously herewith; in support Plaintiff states the following:

In the Eleventh Circuit, a compromise of an FLSA claim must either be supervised by the Secretary of Labor or must be approved by the District Court. *See Lynn's Food Stores, Inc. v. U.S. Department of Labor*, 679 F.2d at 1350 (11th Cir. 1982). To approve the settlement, the court should determine that the compromise is a fair and reasonable resolution of a bona fide dispute over FLSA provisions. *Id.* at 1354. If the settlement terms meet the aforementioned criteria, the

---

[1] *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012).

Court should approve the settlement in order to promote the policy of encouraging settlement of litigation. *Id.*; *see also Sneed v. Sneed's Shipbuilding, Inc.*, 545 F.2d 537, 539 (5th Cir. 1977).

Defendants deny that Plaintiff is owed any compensation. If this case proceeded to trial, it is possible that Plaintiff may not have recovered any compensation. In order to avoid the time, expense, uncertainty, risk, distraction and delay of continued litigation, the parties have agreed to enter into a settlement. As such, given the vigorously disputed facts of this case, this settlement represents a fair and reasonable compromise of disputed claims.

WHEREFORE, Plaintiff respectfully request that the Court enter an Order: (1) approving the terms of the settlement agreement, and (2) dismissing this action with prejudice conditioned on the Court's retention of jurisdiction to enforce the terms of the agreement.

Submitted on this Thursday, May 27, 2021.

Respectfully submitted,

Koz Law, P.A.
320 S.E. 9th Street
Fort Lauderdale, Florida 33316
Phone: (786) 924-9929
Fax:    (786) 358-6071
Email: ekoz@kozlawfirm.com

*/s/ Elliot A. Kozolchyk*

Elliot Kozolchyk, Esq.
Bar No.: 74791